UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

FEDERAL TRADE COMMISSION,

    Petitioner,

v.

REDWOOD SCIENTIFIC TECHNOLOGIES, INC.,

    Respondent.

Case No. 2:17-cv-07921-SJO-PLA

ORDER TO SHOW CAUSE

    Petitioner, the Federal Trade Commission (FTC or Commission), under the authority provided by Section 20 of the Federal Trade Commission Act, 15 U.S.C. § 57b-1(h), has applied to this Court for an Order to Show Cause why Respondent Redwood Scientific Technologies, Inc. should not be held in contempt for failing to comply with the Court's January 25, 2018 Order (ECF #17). The Court has considered the Federal Trade Commission's Application and the papers filed in support thereof; and, appearing to the Court that Petitioner has shown good cause for the entry of such order, it is by this Court hereby

    ORDERED that Respondent Redwood Scientific Technologies, Inc. and a company executive with authority to direct compliance personally appear at 8:30 a.m. on the 9th day of April, 2018, in Courtroom 10C of the United States Courthouse for the Central District of California, Western Division located at 350 West 1st Street, Los Angeles, California, and show cause, if any there be, why this Court should not grant said Application and find Redwood in contempt for failure to comply with this Court's January 25 Order. Such a Contempt Order would

direct Redwood to comply with the FTC's Civil Investigative Demand forthwith and would impose coercive daily monetary fines on Respondent until such time as Respondent has certified under oath that it has fully complied with the August 3, 2017 CID using the Form of Certification of Compliance included therein. Unless the Court determines otherwise, notwithstanding the filing or pendency of any procedural or other motions, all issues raised by the Application and supporting papers, and any opposition to the Application, will be considered at the hearing on the Application, and the allegations of said Application shall be deemed admitted unless controverted by a specific factual showing; and

IT IS FURTHER ORDERED that, if Respondent intends to file pleadings, affidavits, exhibits, motions, or other papers in opposition to said Application or to the entry of the Order requested therein, such papers must be filed with the Court and received by Petitioner's counsel on or before the 30 day of March, 2018. Such submission shall include, in the case of any affidavits or exhibits not previously submitted, or objections not previously made to the Federal Trade Commission, an explanation as to why such objections were not made or such papers or information not submitted to the Commission. Any reply by Petitioner shall be filed with the Court and received by Respondent on or before the 3rd day of April, 2018; and

IT IS FURTHER ORDERED that Petitioner must serve this Order to Show Cause and accompanying Application and exhibits filed therewith on Respondent or its counsel, using as expeditious means as practicable.

IT IS SO ORDERED:

DATED: March 6, 2018

_____
THE HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE